## ROBERTS v. UNDERWOOD *et al.*

No. 2616.   Opinion Filed May 6, 1913.

Rehearing Denied June 10, 1913.

(132 Pac. 673.)

CASE FOLLOWED. Syllabus same as in the case of **Pigeon et al.**
v. Buck et al., ante, 131 Pac. 1083.

(Syllabus by the Court.)

*Error from District Court, Pontotoc County;*
*Summers Hardy, Judge.*

Action by Elias Roberts against Gabriel Underwood and others. Judgment for defendants, and plaintiff brings error. Affirmed.

*Winfield S. Farmer,* for plaintiff in error.
*Fooshee & Brunson,* for defendants in error.

PER CURIAM. The issues involved in the above-entitled case are identical with those in the case of *Pigeon et al. v. Buck et al., ante,* 131 Pac. 1083, handed down at this terms of court, and on the authority of that case the decision of the trial court is accordingly affirmed.

WILLIAMS, J., not participating.